UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**DWAYNE ALEXANDER**                                        **CIVIL ACTION**

**VERSUS**                                                         **NO: 09-4614-KDE-SS**

**CANON COCHRAN MANAGEMENT
SERVICES, INC., d/b/a CCMSI, et al**

## ORDER

DEFENDANTS' MOTION TO QUASH (Rec. doc. 49)

**GRANTED IN PART AND DENIED IN PART**

On October 6, 2010, a discovery order was entered on the motions of the plaintiff, Dewayne Alexander ("Alexander") for protective orders. The defendant, Cannon Cochran Management Services, Inc. ("CCMSI"), was allowed to obtain discovery of Alexander's medical records, certain business records and tax records for 2006 through 2009. Rec. doc. 51. In support of a bar on all discovery, Alexander contended that his motion for disqualification of counsel for CCMSI was pending. The court responded that there was no motion for disqualification. Id. at 2. CCMSI moved to quash subpoenas and for a protective order from discovery sought by Alexander from Jerry Armatis, Carl Ayestas, Bob Martin, Kevin Pierre, and Karen Thurman.

CCMSI raises the following issues:

1. Alexander refuses to submit to discovery, so the defendants should not submit to discovery.

2. If the depositions of the defendants proceed, they should be taken at the office of counsel for defendant rather than at the office of counsel for plaintiff.

      3.      If the depositions of the defendants proceed, the defendants should not be compelled to produce credit card and cell phone records for 2005 through 2008.

In response, Alexander states that the October 6, 2010 discovery order is in error in stating that there is no motion for disqualification. The October 6, 2010 discovery order <u>correctly</u> describes the record in the instant case. Rec. doc. 51 at 2-3. In his opposition to CCMSI's motion to quash, Alexander refers to a related case: <u>Worldwide Detective Agency, Inc. v. Cannon Cochran Management Services, Inc</u>., 10-1563-KDE-SS. In the <u>Worldwide</u> action, a motion to disqualify was filed on August 3, 2010. <u>See</u> CA 10-1563 - Rec. doc. 11. It is pending. In support of his two motions for a protective order, Alexander filed three memoranda. <u>See</u> Rec. docs. 36, 45 and 46. The only reference to the <u>Worldwide</u> action is in a footnote on page 1 of Rec. doc. 42, where Alexander states that the disqualification dispute was subject to court action in the <u>Worldwide</u> action.

The issue is whether discovery in these actions should be stayed pending resolution of Alexander's motion to disqualify in the <u>Worldwide</u> action and his request for a status conference on the issue of defendants' representation in the instant action. Although there is no scheduling order in either case, discovery will not be delayed while the disqualification issue is pending. Alexander was required to produce medical, business and tax records to CCMSI. The defendants and Alexander will be required to proceed with deposition and document discovery.

The parties shall proceed as follows:

      1.      **Within five (5) working days of the entry of this order**, Alexander shall comply fully with the October 6, 2010 order (Rec. doc. 51). If he does not do so, sanctions will be imposed.

2. CCMSI and the other defendants, Jerry Armatis and Carl Ayestas, shall produce their credit card and cell records (both business and personal) for 2006 through 2008.

3. Alexander may proceed with the records depositions of Bob Martin, Kevin Pierre, and Karen Thurman for their credit card and cell records (both business and personal) for 2006 through 2008.

4. All records shall be produced subject to the protective order (Rec. doc. 56) for the confidentiality of documents.

5. After the defendants and the other persons produce their records, Alexander shall appear for his deposition at the office of counsel for the CCMSI.

6. After Alexander is deposed, Bob Martin, Kevin Pierre, Karen Thurman and the defendants shall appear for their depositions at the office of counsel for Alexander.

IT IS ORDERED that the motion of the defendants, CCMSI, Jerry Armatis and Carl Ayestas, to quash and for protective order (Rec. doc. 49) is GRANTED in PART and DENIED in PART as provided herein.

New Orleans, Louisiana, this 25th day of October, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**