UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE ALEXANDER | CIVIL ACTION |
| VERSUS | NO. 09-4614 |
| CANNON COCHRAN MANAGEMENT SERVICES, INC., D/B/A CCMSI, INC., ET AL. | SECTION "N" (1) |

### ORDER AND REASONS

Presently before the Court is Plaintiff Dwayne Alexander's "Motion to Set Aside Judgment/Absolute Annulment" (Rec. Doc. 116). Because the motion presents no valid basis for vacating the Court's August 3, 2012 Judgment (Rec. Doc. 116), **IT IS ORDERED** that the motion is **DENIED.**

Considering the record in this and other related matters,[1] **IT IS FURTHER ORDERED** that:

(1) Dwayne Alexander and Worldwide Detective Agency, Inc. shall not hereafter file, in the United States District Court for the Eastern District of Louisiana, any additional complaint, motion, or other pleading that arises from or is premised upon: (a) Alexander's and/or

---

[1] The instant action is one of several that Plaintiff Dwayne Alexander or Worldwide Detective Agency, Inc., has brought, against one or more of the defendants, arising from or relating to the 2009 termination of private investigative services previously provided to the City of New Orleans and/or Defendant CCMSI. See Civil Action Numbers 09-4614, 10-1563, 12-1524, 12-1746, 13-6195, 13-6637, 14-237, and 14-1087. All of these matters have been decided adversely to Plaintiff, voluntarily dismissed, or remanded or state court.

Worldwide's private investigative services provided to the City of New Orleans and/or CCMSI, (b) private investigation licensing, (c) and/or any litigation regarding same, without first seeking leave of Court to do so, and certifying, in writing, that the proposed submission is not frivolous, presented for an improper purpose, repetitive or duplicative, has evidentiary support, and does not contain any inappropriate, irrelevant, malicious, harassing and/or insulting comments. Failure to comply with this order may result in filings being stricken from the record and/or the imposition of significant financial and/or other sanctions, including payment of excess costs, expenses, and any attorney's fees under 28 U.S.C. §1927 and/or Federal Rule of Civil Procedure 11.

(2) Dwayne Alexander or anyone acting on his behalf, or on behalf of Worldwide Detective Agency, Inc., must give written notice to any court or agency (including parish, city, state and federal courts or agencies) of all prior and pending litigation filed by Dwayne Alexander or Worldwide Detective Agency, Inc. (or anyone acting on his/its behalf) by appending to the petition or complaint a written summary of all past and pending proceedings that directly or indirectly relate to private investigation services, private investigation licensing, or Cannon Cochran Management Services, Inc., its employees or its attorneys. Failure to comply with this order may result in filings being stricken from the record and/or the imposition of significant financial and/or other sanctions, including payment of excess costs, expenses, and any attorney's fees under 28 U.S.C. §1927 and/or Federal Rule of Civil Procedure 11.

New Orleans, Louisiana, this 13th day of January 2015.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE